# N. Y. COMMON PLEAS.

GEORGE H. BOSTWICK agt. DANIEL M. FIFIELD.

*Costs — When defendant may require security for — Code of Civil Procedure, section 3268 — The common pleas, not the county court referred to in this section.*

The New York common pleas, although a county court for certain purposes, is not the county court referred to in section 3268 of the Code of Civil Procedure.

In an action brought in this court a plaintiff who resides in Brooklyn cannot be required by defendant to file security for costs.

*Special Term, May,* 1882.

MOTION by defendants to compel plaintiff, who resides in Brooklyn, to file security for costs, under section 3268 of the Code.

*H. B. Whitbeck*, for motion.

*Wm. H. Tilton*, opposed.

DALY, *C. J.* — The county court referred to in that section does not mean this court, which belongs, under the Code, to the class denominated " superior city courts " (*sec.* 3343, *sub.* 1); and the county court meant in section 3268 is, in the language of the Code, " the county court in each county, except New York " (*sub.* 1).

This court is a county court for certain purposes, but is not the county court referred to in section 3268.

The motion must be denied.